IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| LIECH TIEU PHAN, (#A-025174703) | § § § § | |
| Petitioner, | § § | |
| v. | § § | CIVIL ACTION NO. H-18-1326 |
| JEFF SESSIONS, *et al.*, | § § § | |
| Respondents. | § | |

## ORDER OF DISMISSAL

For the reasons set forth in the court's memorandum and opinion of even date, this civil action is dismissed without prejudice as moot.

SIGNED on May 25, 2018, at Houston, Texas.

Lee H. Rosenthal
Chief United States District Judge